IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT CRUZ, JR.,

        Plaintiff,                    No. CIV S-05-1085 MCE KJM P

    vs.

RICK JAMES SMITH, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. As provided by Fed. R. Civ. P. 41(a), plaintiff's request shall be honored. Plaintiff also has asked that the court rescind its order directing that plaintiff be charged the filling fee. The filing fee is collected in connection with the commencement of a civil action. Plaintiff must still pay the filing fee.

/////

/////

/////

/////

/////

/////

1    Accordingly, IT IS HEREBY ORDERED:

2    1. Plaintiff's request that the court rescind its order directing that plaintiff be
3 charged the filing fee for this action is denied;

4    2. Plaintiff's request that this action be dismissed is granted; and

5    3. This case is closed.

DATED: February 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/mp
cruz1085.59